# Court of Appeals
# of the State of Georgia

ATLANTA,  March 05, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1423.  WILHY HARPO v. GOODWILL OF NORTH GEORGIA et al.**

On August 27, 2019, the superior court entered summary judgment in favor of Goodwill of North Georgia and Vernon Warren and against Wilhy Harpo.  On September 30, 2019, Harpo filed a notice of appeal seeking to appeal the summary judgment order.[1]  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court.  *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721, 721 (482 SE2d 704) (1997).  Here, Harpo's notice of appeal is untimely as it was filed 34 days after the superior court's order was entered.

---

[1] On December 12, 2019, the trial court entered an order addressing the various motions filed by Harpo following the entry of summary judgment.  This order, however, is not before this Court in the instant appeal.

Accordingly, we lack jurisdiction to consider this appeal, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  03/05/2020
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*